# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. CV 08-08596 DOC (ANx)                                                Date: August 4, 2009

Title: JERRY ALEXANDER, et. al. v. THE CITY OF ANAHEIM

---

DOCKET ENTRY
 [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                Date:_____ Deputy Clerk: _____

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

  Kristee Hopkins                                         Not Present  
  Courtroom Clerk                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                             NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE CASE CONSOLIDATION

*Renee Alexander, et al. v. the City of Anaheim* and *Jerry Alexander, et al. v. the City of Anaheim* are currently set for scheduling conferences before this Court on August 31, 2009, at 8:30 a.m. The Court notes that both cases deal with the same factual scenario and allege the same causes of action, namely (1) Civil Rights Violations, and (2) Wrongful Death.  The parties are hereby ORDERED TO SHOW CAUSE why these cases should not be consolidated at the August 31 hearing.

The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                      Initials of Deputy Clerk kh  
CIVIL - GEN                                              Page 1 of 1