CRISTINA L. TALLEY, CITY ATTORNEY
MOSES W. JOHNSON, IV, ASSISTANT CITY ATTORNEY
STATE BAR NO. 118769
200 South Anaheim Boulevard, Suite 356
Anaheim, California 92805
(714) 765-5169
(714) 765-5123 FAX
mjohnson@anaheim.net

Attorneys for Defendant
CITY OF ANAHEIM

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ALEXANDER, individually, and SHERYL BELL, individually,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM, and DOES 1 through 10, Inclusive<br><br>            Defendants. | CASE NO. CV08-08596 DOC(ANx)<br><br>PROTECTIVE ORDER PURSUANT TO STIPULATION (See modifications)<br><br>SCHEDULING CONFERENCE<br>DATE: August 31, 2009<br>TIME: 8:30 a.m.<br>CTRM: 9D |

The parties, Plaintiffs JERRY ALEXANDER and SHERYL BELL ("Plaintiffs"), and Defendant CITY OF ANAHEIM ("City") through their respective attorneys of record, agree that the following protective order be issued in this matter pursuant to Rule 26(c)(7) of the *Federal Rules of Civil Procedure*.

1.  This Protective Order applies to and governs the use of law enforcement investigative reports and records concerning the shooting of Julian Carter Alexander which are being produced to Plaintiffs by the City. This Order shall also apply to and govern any other investigative or law enforcement reports or records subsequently produced to Plaintiffs by the City concerning the shooting of Julian Alexander or its aftermath (hereinafter referred to as "Confidential Information"), including but not limited to, reports or memoranda prepared by the Anaheim Police Department or the Orange County District Attorney's Office.

The term Confidential Information shall mean and include the documents listed above, any and all portions thereof, and all documents of whatever kind containing information set forth in or obtained from these documents.

2.  Plaintiffs' counsel shall use the Confidential Information solely for the purposes of this litigation, and shall not disclose any portion of the Confidential Information to any other person, firm or corporation except:

   a.  Bona fide employees of counsel's law offices, and then only to the extent necessary to enable said persons to assist in litigation of this action;

   b.  Plaintiffs, to the extent deemed necessary by

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123

1 counsel for the prosecution of this litigation;
2           c.  Expert witnesses employed by the parties to this
3 action;
4           d.  Consultants retained by the parties to this
5 action; or
6           e.  The Court.
7      3.  All persons described in paragraph 2 (a) through (d)
8 above shall not disclose any portion of said Confidential
9 Information and shall not use any information obtained therefrom
10 except in conformance with this Protective Order and for
11 purposes of this litigation.  Any party who discloses
12 Confidential Information to any person described in paragraph 2
13 (a) through ~~(e)~~ **(d)** shall advise such person that said matters
14 constitute Confidential Information which may be used only for
15 the litigation of this action, and shall, prior to disclosure of
16 the Confidential Information, have such person execute a written
17 Understanding and Agreement to be bound by this Stipulation for
18 Protective Order in the form attached hereto as Exhibit 1.
19      4.  Any deposition testimony that encompasses or concerns
20 Confidential Information shall be transcribed in a separate
21 booklet that is marked on its cover "Confidential: Do not
22 Disclose by Court Order."  In addition, any documents containing
23 Confidential Information that are submitted to the Court ~~shall~~
24 ~~be filed or lodged in a sealed envelope mared "Confidential:~~
25 ~~Subject to Protective Order."~~ **for filing must be submitted in**
26 **accordance with Local Rule 79-5**.
27      5.  The attorneys for Plaintiffs are directed to retain all
28 copies of documents, notes, or summaries containing Confidential

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123

1 Information in their custody, possession and control and to take
2 the necessary precautions to prevent persons not authorized as
3 provided above from obtaining access to any such Confidential
4 Information.

5     6. Production of the Confidential Information protected by
6 this Stipulated Agreement and Order shall not constitute a
7 waiver of any privileged or confidentiality or privacy right.
8 The parties retain the right to assert all substantive
9 objections to the Confidential Information, including but not
10 limited to, relevancy, hearsay, privacy, privilege, and Rule 403
11 of the *Federal Rules of Evidence*.

12     7. At the conclusion of this action, all documents
13 containing Confidential Information, all copies and extracts
14 thereof, with the exception of those documents affected by the
15 attorney work-product doctrine or attorney-client privilege,
16 shall be returned to counsel for the City.  As to those
17 documents protected by the attorney work-product doctrine or
18 attorney-client privilege, Plaintiffs and their counsel agree
19 that any and all such documents shall either be redacted and
20 returned to the City or shall be destroyed.  If destroyed, one
21 copy of these documents, as produced to Plaintiffs, will be
22 maintained by the City and available for Plaintiffs or their
23 counsel's use for one year after the resolution of this action
24 between the parties, pursuant to the terms of this Protective
25 Order, in, and upon proof of, a malpractice action between
26 Plaintiffs and their counsel that is related to the above
27 captioned matter.

28     8. It would be extremely difficult and impractical, if not

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123

```
 1  impossible, to ascertain with any degree of certainty as of the
 2  date of execution of this Protective Order, the amount of
 3  damages that will be suffered in the event that the Plaintiffs,
 4  their counsel, or the parties specified under paragraph 2 above
 5  violate this Protective Order.  Accordingly, if this Protective
 6  Order is breached by Plaintiffs, their counsel, or other parties
 7  specified under paragraph 2 above, the breaching party shall be
 8  obligated to pay the City a cash severance payment of liquidated
 9  damages in the amount of $5,0000.00 for each such breach.
10       IT IS SO STIPULATED.
11  DATED: August 14, 2009          CRISTINA L. TALLEY, CITY ATTORNEY
12
                                    BY      ***
13                                     MOSES W. JOHNSON, IV
                                       Assistant City Attorney
14                                     Attorneys for Defendant
                                       CITY OF ANAHEIM
15
    Dated: August ___, 2009         LAW OFFICE OF RICHARD P. HERMAN
16
17                                  By:    ***
                                       RICHARD P. HERMAN
18                                     Attorney for Plaintiffs
                                       JERRY ALEXANDER AND SHERYL BELL
19
    *** e-filed original stipulation signed by counsel.
20
21                              **ORDER**
22  **As modified by the Court, IT IS SO ORDERED:**
23
24  DATED:  August 19, 2009
25                                  _____
                                    HON. ARTHUR NAKAZATO
26                                  UNITED STATES MAGISTRATE JUDGE
27
28
```

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123

4