CRISTINA TALLEY, CITY ATTORNEY
MOSES W. JOHNSON, IV, ASSISTANT CITY
ATTORNEY (SBN 118769)
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, CA 92805
Tel: 714-765-5169
Fax: 714-765-5123

RICHARD R. TERZIAN, (SBN 30300)
E-mail: rterzian@bwslaw.com
KRISTIN A. PELLETIER, (SBN 155378)
E-mail: kpelletier@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF ANAHEIM and
OFFICER KEVIN FLANAGAN

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___SDM___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

*Lead case (08-8596 DOC (ANx)*
JERRY ALEXANDER, individually,
and SHERYL BELL, individually,

Plaintiffs,

vs.

CITY OF ANAHEIM, OFFICER
KEVIN FLANAGAN, and DOES 1
through 10, Inclusive,

Defendants.

*Consolidated case (09-00069 DOC (RNBx))*
RENEE ALEXANDER,
individually, and as Successor in
Interest to JULIAN CARTER
ALEXANDER, deceased, and M.A.,
a minor, individually, by and through
her Guardian Ad Litem, RENEE
ALEXANDER,

Plaintiffs,

Case No. SACV 08-8596 DOC (ANx)
*consolidated with* SACV 09-0069 DOC
(RNBx)

[PROPOSED] SECOND PROTECTIVE
ORDER RE: CONFIDENTIAL
POLICIES AND PERSONNEL
RECORDS

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

[PROPOSED] PROTECTIVE ORDER RE:
POLICIES AND PERSONNEL RECORDS

1  vs.

2  CITY OF ANAHEIM, OFFICER
3  KEVIN FLANAGAN, and DOES 1
   through 10, inclusive,
4
5              Defendants.

6

7       IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation For
8  Second Protective Order Re: Confidential Policies And Personnel Records, the
9  Protective Order governing the production of Confidential Information issued by
10 the Court on August 19, 2009 shall also apply to the personnel records of Officer
11 Kevin Flanagan and policies and guidelines of the Anaheim Police Department
12 produced by the City of Anaheim in this action.

13

14                                          /s/ David O. Carter
15 Dated: June 16, 2010        _____
                                        DAVID O. CARTER
16                              United States ~~Magistrate~~ District Judge

17

18

19

20

21 Submitted by:
22 Burke, Williams, & Sorensen, LLP

23 By: _____/S/_____
24       Kristin A. Pelletier
         Attorneys for Defendant City of Anaheim
25

26 LA #4835-0208-9222 v1

27

28

                              - 2 -      [PROPOSED] PROTECTIVE ORDER RE:
                                         POLICIES AND PERSONNEL RECORDS