CRISTINA TALLEY, CITY ATTORNEY
MOSES W. JOHNSON, IV, ASSISTANT CITY ATTORNEY (SBN 118769)
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, CA 92805
Tel: 714-765-5169
Fax: 714-765-5123

RICHARD R. TERZIAN, (SBN 30300)
E-mail: rterzian@bwslaw.com
KRISTIN A. PELLETIER, (SBN 155378)
E-mail: kpelletier@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants
CITY OF ANAHEIM and
OFFICER KEVIN FLANAGAN

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

*Lead case (08-8596 DOC (ANx)*
JERRY ALEXANDER, individually, and SHERYL BELL, individually,

Plaintiffs,

vs.

CITY OF ANAHEIM, OFFICER KEVIN FLANAGAN, and DOES 1 through 10, Inclusive,

Defendants.

*Consolidated case (09-00069 DOC (RNBx))*
RENEE ALEXANDER, individually, and as Successor in Interest to JULIAN CARTER ALEXANDER, deceased, and M.A., a minor, individually, by and through her Guardian Ad Litem, RENEE ALEXANDER,

Plaintiffs,

Case No. SACV 08-8596 DOC (ANx) *consolidated with* SACV 09-0069 DOC (RNBx)

[PROPOSED] THIRD PROTECTIVE ORDER RE: COUNSELING RECORDS

| | |
|---|---|
| 1 | vs. |
| 2 | |
| 3 | CITY OF ANAHEIM, OFFICER KEVIN FLANAGAN, and DOES 1 through 10, inclusive, |
| 4 | |
| 5 | Defendants. |

IT IS HEREBY ORDERED that the Stipulation for Third Protective Order Re Counseling Records executed by the parties shall apply to and govern the production of Confidential Information (as defined therein) in this action.

Dated: June 16, 2010

_____
DAVID O. CARTER
United States ~~Magistrate~~ District Judge

Submitted by:
Burke, Williams, & Sorensen, LLP

By: _____/S/_____
    Kristin A. Pelletier
    Attorneys for Defendant City of Anaheim

LA #4835-6919-8086 v1