CRISTINA TALLEY, CITY ATTORNEY (SBN 107298)
MOSES W. JOHNSON, IV, ASSISTANT CITY ATTORNEY (BN 118769)
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, CA 92805
Tel: 714-765-5169
Fax: 714-765-5123

RICHARD R. TERZIAN, (SBN 30300)
E-mail: rterzian@bwslaw.com
KRISTIN A. PELLETIER, (SBN 155378)
E-mail: kpelletier@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants
CITY OF ANAHEIM and
OFFICER KEVIN FLANAGAN

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Lead case (08-8596 DOC (ANx)*<br>JERRY ALEXANDER, individually, and SHERYL BELL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANAHEIM, OFFICER KEVIN FLANAGAN, and DOES 1 through 10, Inclusive,<br><br>Defendants.<br>_____<br>*Consolidated case (09-00069 DOC (RNBx))*<br>RENEE ALEXANDER, individually, and as Successor in Interest to JULIAN CARTER ALEXANDER, deceased, and M.A., a minor, individually, by and through her Guardian Ad Litem, RENEE ALEXANDER,<br><br>Plaintiffs, | Case No. CV 08-8596 DOC (ANx)<br>*consolidated with* SACV 09-0069 DOC (RNBx)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>[Lodged concurrently with Stipulation for Dismissal of Entire Action Pursuant to Federal Rule of Civil Procedure 41(a)(2)] |

1  vs.
2  
3  CITY OF ANAHEIM, OFFICER KEVIN FLANAGAN, and DOES 1 through 10, inclusive,
4  
5              Defendants.

6  
7       Pursuant to the Stipulation of the parties, this action is dismissed in its
8  entirety with prejudice.  Each of the parties shall bear their own costs and
9  attorneys' fees.
10 
11 
12 IT IS SO ORDERED.
13 
14 Dated: October 25, 2010            ____/s/ David O. Carter_____
                                        Honorable David O. Carter
15                                      United States District Judge
16 
17 
18 
19 Submitted by:
20 BURKE, WILLIAMS & SORENSEN, LLP
21 
22 By:  _____/S/_____
        Kristin A. Pelletier
23      Attorneys for Defendants City of Anaheim
        And Kevin Flanagan
24 
25 
26 
27 
28 

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4850-0839-2711 v1          - 2 -          ORDER RE DISMISSAL OF ACTION